not consider because there is no way to bring them upon the record. It is suggested in the appellant's argument that the case raises a difficult question of law, and we may say that if this appeared in the transcript of the magistrate and the transcript were before us this might be ground for holding that the court ought to have granted the appeal. But as we have suggested the transcript is not sent up and it is impossible to see how we can convict the court below of an abuse of discretion, unless it be held that upon an appeal from the action of the court the facts averred in the petition must be accepted for verity. We are not prepared to go to that extent. We see no substantial ground upon which we can base a decision substituting our discretion for that of the court in which it is reposed by the statute.

The appeal is dismissed.

---

## Commonwealth *v.* Weimer, Appellant (No. 2).

Argued Feb. 25, 1908. Appeal, No. 238, Oct. T., 1907, by defendant, from order of Q. S. Lebanon Co., Dec. T., 1907, No. 31, refusing allowance of appeal from summary conviction in case of Commonwealth v. Edgar A. Weimer. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY RICE, P. J., July 15, 1908:

For the reasons given in Commonwealth v. Weimer, ante, p. 451, in which we herewith file an opinion, the appeal is dismissed.

---

## Commonwealth *v.* Brandt, Appellant (No. 1).

Argued Feb. 25, 1908. Appeal, No. 237, Oct. T., 1907, by defendant, from order of Q. S. Lebanon Co., Dec. T., 1907, No. 30, refusing allowance of appeal from summary convic-

454 COMMONWEALTH v. BRANDT, Appellant (NO. 1).

tion in case of Commonwealth v. Lorenzo D. Brandt. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY RICE, P. J., July 15, 1908:
For the reasons given in Commonwealth v. Weimer, ante, p. 451, in which we herewith file an opinion, the appeal is dismissed.

---

## Commonwealth v. Brant, Appellant (No. 2).

Argued Feb. 25, 1908. Appeal, No. 239, Oct. T., 1907, by defendant, from judgment of Q. S. Lebanon Co., Dec. T., 1907, No. 33, refusing allowance of appeal from summary conviction in case of Commonwealth v. Lorenzo D. Brandt. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY RICE, P. J., July 15, 1908:
For the reasons given in Commonwealth v. Weimer, ante, p. 451, in which we herewith file an opinion, the appeal is dismissed.

---

## Buchholtz v. Barrie, Appellant.

*Principal and agent—Evidence as to agency—Question for jury.*
Where an agency is denied, but the alleged agent swears that he is in fact an agent, and his testimony is corroborated by a course of dealing with the alleged principal, indicating an agency, and there is evidence of ratification by the alleged principal of the acts of the alleged agent, the question of agency is for the jury.

Argued Dec. 12, 1907. Appeal, No. 141, Oct. T., 1907, by defendants, from judgment of C. P. No. 1, Phila. Co., Sept. T., 1906, No. 1,741, on verdict for plaintiff in case of Heinrich Ewald Buchholtz v. George Barrie, George Barrie, Jr., Robert